**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 96-40512
Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**HARVEY QUINONES,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court
for the Southern District of Texas
(B-95-CR-219-6)**

_____

March 21, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Harvey Quinones appeals his conviction for conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine. Quinones contends that the district court erred in denying his motion for a judgment of acquittal. We hold that the evidence was sufficient for a reasonable jury to find Quinones guilty beyond a reasonable doubt. *See **United States v. Maltos***, 985 F.2d 743, 746 (5th Cir. 1992); ***United States v.***

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

*Ramirez*, 963 F.2d 693, 701 (5th Cir.), *cert. denied*, 506 U.S. 944 (1992).

**AFFIRMED.**